**VAN–006** Order Appointing Interim Trustee and Approving Standing Bond – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Sean Brendan Killian
2262 Bristol Creek Dr
Morrisville, NC 27650

CASE NO.: 25–01617–5–JNC

DATE FILED: May 1, 2025

CHAPTER: 7

ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Stephen L Beaman
Stephen L. Beaman, PLLC
P. O. Box 1907
Wilson, NC 27894

DATED: May 5, 2025

                                                         Joseph N. Callaway
                                                         United States Bankruptcy Judge