UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 25-01617-5-PWM |
| SEAN BRENDAN KILLIAN ) | CHAPTER 7 |
| DEBTOR ) | |

NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 418 CLAYTON ROAD, DURHAM, NC 27703 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******6868

NOW COMES AmeriHome Mortgage Company, LLC, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
NCBKR@brockandscott.com

Cenlar FSB
c/o Central Loan Administration & Reporting
425 Phillips Blvd
Ewing, New Jersey 08618-1430

Please take notice that the undersigned hereby appears as counsel for AmeriHome Mortgage Company, LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may

25-13726 BKRAF01




be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ *Ryan Srnik*
Travis Menk, NC Bar No. 36246
Ryan Srnik, NC Bar No. 53715
Andrew W. Hogan, NC Bar No. 41318
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NCBKR@brockandscott.com

25-13726 BKRAF01

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on May 8, 2025 to the following:

Sean Brendan Killian
2262 Bristol Creek Dr
Morrisville, NC 27650

Leslie Locke Craft, Debtor's Attorney
3202-B Sunset Avenue
Rocky Mount, NC 27804
lesliecraft@embarqmail.com

Gregory B Crampton, Bankruptcy Trustee
PO Box 18237
Raleigh, NC 27619

/s/ Ryan Srnik
Travis Menk, NC Bar No. 36246
Ryan Srnik, NC Bar No. 53715
Andrew W. Hogan, NC Bar No. 41318
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NCBKR@brockandscott.com

25-13726 BKRAF01